IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAWRENCE DAVIS, | No. C 12-1385 CW |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REMAND |
| v. | |
| JP MORGAN CHASE BANK; and DOES 1 through 20, inclusive, | (Docket No. 12) |
| Defendants. | |

On March 20, 2012, Defendant JP Morgan Chase Bank removed this action from Alameda County Superior Court, asserting federal jurisdiction on the basis of certain federal claims in Plaintiff William Lawrence Davis's complaint. On April 5, 2012, Plaintiff dismissed his federal claims against Defendant and filed a motion to remand to state court. On April 17, 2012, Defendant filed a statement of non-opposition to Plaintiff's motion to remand.

Accordingly, the Court GRANTS Plaintiff's motion to remand (Docket No. 12). The Clerk shall remand this action to Alameda County Superior Court and close the file.

IT IS SO ORDERED.

Dated: 4/18/2012

CLAUDIA WILKEN
United States District Judge